UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

BENITO GRULLON
VALENTIN MARTINEZ
KELVIN MADERA
RICARDO ESTRADA

## NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                      February 7, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **February 25, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

       /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel