UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

VALENTIN MARTINEZ
BENITO GRULLON
KELVIN MADERA

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                          March 28, 2005

TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Joint Motion to Dismiss on **April 12, 2005**, at **9:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

_/s/ Robert C. Alba__
Deputy Clerk

Copies to:  All Counsel