

**U.S. Department of Justice**

***Michael J. Sullivan***
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

March 30, 2005

Elliot M. Weinstein
228 Lewis Wharf
Boston, MA 02110

Stephen D. Judge
23 Central Avenue, #605
Lynn, MA 01901

Ronald Ian Segal
23 Central Avenue, Ste 605
Lynn, MA 01901

Melvin Norris
260 Boston Post Road, Ste. 9
Wayland, MA 01778

Syrie D. Fried
Federal Defender's Office
408 Atlantic Avenue
Third Floor
Boston, MA 02210

Raymond Buso
15 Church Street
Salem, MA 01970

Michael Hickey
15 Church Street
Salem, MA 01970

Michael R. Schneider
95 Commercial Wharf
Boston, MA 02110

   Re: *United States v. Maria Escobar et al,* 04-10299-PBS

Dear Counsel:

  For those of you who were not present at the Status Conference on March 23, 2005 in Worchester before Judge Swartwood, please be advised that a superseding indictment was returned in this case on March 23, 2005. A copy of the Second Superseding Indictment is enclosed. The names of the newly identified defendants have been redacted. Judge Swartwood scheduled an arraignment on the Second Superseding Indictment for Thursday, April 21, 2005 at 3:00 p.m. in Boston.

Page 2

   If you need anything else, please do not hesitate to call.


         Very truly yours,

         MICHAEL J. SULLIVAN
         United States Attorney

         /s/ Neil J. Gallagher, Jr.
         Neil J. Gallagher, Jr.
         Assistant United States Attorney
         (617) 748-3397


Encl.