✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                    4

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II            **Investigating Agency**  DEA

**City**   Lynn                     **Related Case Information:**

**County**   Essex                  Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                    Same Defendant   x              New Defendant
                                    Magistrate Judge Case Number   M 04-1732- CBS
                                    Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA          Juvenile:     ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic        Nationalit  Mexican

**Defense Counsel if known:**     Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number _____                            617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher                              Bar Number if applicable

**Interpreter:**      X  Yes     No        List language and/or dialect:     Spanish

**Matter to be SEALED:**       Yes   X   No

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                      Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at ──────── ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____      on

**Charging Document:**     Complaint      ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty ─────  ☐ Misdemeanor ─────  X Felony ── 2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05           Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant      New Defendant
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720-to-1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__    Juvenile:    ☐ Yes    X No

Alias Name "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**   John Cicilline, Esq.    Address __381 Atwells Ave., Providence, RI__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

**Interpreter:**   X Yes    No    List language and/or dialect: __Spanish__

**Matter to be SEALED:**    Yes X   No

    Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date __5/1/2004__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __~~10/5/04~~ 3/23/05__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

<b>U.S.C. Citations</b>

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No.   II          Investigating Agency   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.    X            Case No.   04-10299 PBS
Same Defendant      x           New Defendant
Magistrate Judge Case Number       04-M-1685 CBS
Search Warrant Case Number      04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    JOSE ROSALES                    Juvenile:        ☐ Yes    X No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address    88 NEWARK ST, LYNN MA

Birthdate:  5/10/76    SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                              Bar Number if applicable

**Interpreter:**    X Yes    No       List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

      Warrant Requested       ☐ Regular Process       X In Custody

**Location Status:**

Arrest Date      5/1/04

X  Already in Federal Custody as of             in   Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at                ☐ Serving Sentence       ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:             on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X☐ Felony —— 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05            Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

7

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                              Same Defendant __x__          New Defendant
                              Magistrate Judge Case Number     __04-M-1685 CBS__
                              Search Warrant Case Number     __04-M-1720 to 1730__
                              R 20/R 40 from District of

## Defendant Information:

Defendant Name __VALENTIN MARTINEZ__          Juvenile:     ☐ Yes     X No

Alias Name     __VALENTIN RIVERA AKA V AKA VALE__

Address     __108 JOHNSON STREET, LYNN, MA__

Birthdate: __12/20/69__   SS # __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__  Sex: __MALE__  Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:**     Ronald Ian Segal, Esq.          Address __23 Central Ave., Lynn, MA__

Bar Number

## U.S. Attorney Information:

AUSA __Neil Gallagher__          Bar Number if applicable

**Interpreter:**     X Yes     X No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**          Yes   X   No

          Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          __5/1/04__

x  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———     ☐ Misdemeanor ———     X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__          Category No. _____     Investigating Agency __DEA/MSP__

City  __Lynn/Peabody__                    **Related Case Information:**

County    __Essex__                      Superseding Ind./ Inf.   __X__                Case No.    __04-10299-PBS__
                                         Same Defendant    __x__              New Defendant _____
                                         Magistrate Judge Case Number    __04-m-1685-CBS__
                                         Search Warrant Case Number    __04-m-1720 to 1730__
                                         R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   __MANUEL GERMOSEN_____      Juvenile    ☐ Yes    ☒ No

Alias Name    __Kelvin Madera, Manolo_____

Address    _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race:   __Hispanic__    Nationality: __Dom Rep__

**Defense Counsel if known:**    __Steven Judge_____     **Address:** **23 Central Ave., #605**
                                                                      **Lynn, MA 01902**
**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____          Bar Number if applicable    _____

Interpreter:    ☒ Yes ☐ No          List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes  ☒ No

       ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☒ Already in Federal Custody as  __May 1, 2005__          in    __Plymouth County__              .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____  ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>MANUEL GERMOSEN</u> _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**              **Category No.** __II__              **Investigating Agency** __DEA__

**City** __Lynn__                  **Related Case Information:**

**County** __Essex__               Superseding Ind./ Inf. __X__              Case No. __04-10299 PBS__
                                   Same Defendant __X__              New Defendant _____
                                   Magistrate Judge Case Number __04-M-1685 CBS__
                                   Search Warrant Case Number __04-M-1720 to 1730__
                                   R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __ABDALLAH HAMDAN__              Juvenile:          ☐ Yes      X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__   SS # __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__  Sex: __MALE__  Race: __Arabic__          Nationalit __Palestinian__

**Defense Counsel if known:**     Melvin Norris, Esq.          Address __260 Boston Post Rd., Wayland, MA__

Bar Number _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__                      Bar Number if applicable _____

**Interpreter:**      ☐ Yes      X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes  X      No

       Warrant Requested          ☐ Regular Process          X In Custody

## Location Status:

Arrest Date __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony ——4——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

Place of Offense:  MA _____  Category No. _____  **Investigating Agency** _DEA/MSP_

City  _Lynn/Peabody_ _____  **Related Case Information:**

County   _Essex_ _____  Superseding Ind./ Inf.   X _____  Case No.  _04-10299-PBS_
                              Same Defendant    x _____  New Defendant _____
                              Magistrate Judge Case Number   _04-m-1685-CBS_
                              Search Warrant Case Number   _04-m-1720 to 1730_
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _RICARDO MARTINEZ_ _____  Juvenile  ☐ Yes  ☒ No

Alias Name  _Chorizo, Chon_ _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:  _Hispanic_ _____ Nationality: _Dom Rep_

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  _Neil Gallagher_ _____  **Bar Number if applicable** _____

Interpreter:  ☒ Yes ☐ No  List language and/or dialect:  _Spanish_

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**  ☐ **Regular Process**  ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ **On Pretrial Release:**   Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  _3/23/05_    Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **RICARDO MARTINEZ**  _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.    X    **Case No.**    04-10299-PBS
Same Defendant    x    New Defendant
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  HOWARD GREENBERG    Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Caucasian    Nationality: US

**Defense Counsel if known:**    Roger Witkin    **Address:**  6 Beacon Street, Ste 1010
**Bar Number:**    Boston, MA 02108

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher    **Bar Number if applicable**

**Interpreter:**    ☐ Yes ☐ No    **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by  MJ Swartwood    on  May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/c5    **Signature of AUSA:**

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **HOWARD GREENBERG** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.   X                    Case No.    04-10299-PBS
                                     Same Defendant      x                    New Defendant
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number    04-m-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name  EDGAR HOFFENS                    Juvenile    ☐ Yes    ☒ No

Alias Name    Carlos Colon Rivera, Tigueron

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:  Caucasian    Nationality:  US

**Defense Counsel if known:    John Wall**                    **Address:  1 Commercial Wharf West**
                                                              **Boston, MA 02110**
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable

Interpreter:    ☒ Yes ☐ No                    List language and/or dialect:    **Spanish**

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**            ☐ **Regular Process**            ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:    Ordered by** _____ **on**

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony**  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05                    Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

/3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II___          **Investigating Agency**  DEA_____

**City**   Lynn_____          **Related Case Information:**

**County**   Essex_____       Superseding Ind./ Inf.   X_____          Case No.   04-10299 PBS_____
                                Same Defendant   X_____          New Defendant _____
                                Magistrate Judge Case Number   04-M-1685 CBS_____
                                Search Warrant Case Number   04-M-1720 to 1730_____
                                R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA_____          Juvenile:          ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80___   SS # 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___ Sex:  MALE___ Race:  Hispanic_____   Nationalit  USA___

**Defense Counsel if known:**          James H. Budreau, Esq._____    Address  20 Park Plaza, Boston, MA

Bar Number    _____          _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____          Bar Number if applicable   _____

**Interpreter:**          ☐ Yes    X No          List language and/or dialect:   _____

**Matter to be SEALED:**          Yes   X     No

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date   _____

    Already in Federal Custody as of   _____ in _____ .
☐ Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood_____   on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty _____     ☐ Misdemeanor _____     ☐ X Felony ——2——

                    Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   3/23/05_____          Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:   __MA__                Category No. _____        Investigating Agency __DEA/MSP__

City   __Lynn/Peabody__                   **Related Case Information:**

County   __Essex__                        Superseding Ind./ Inf. __X__          Case No.   __04-10299-PBS__
                                          Same Defendant   __x__          New Defendant
                                          Magistrate Judge Case Number   __04-m-1685-CBS__
                                          Search Warrant Case Number   __04-m-1720 to 1730__
                                          R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __JAVIER ANGEL ROMERO__          Juvenile   ☐ Yes   ☒ No

Alias Name   __Ramon Acosta, the Singer__

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race:  __Hispanic__   Nationality: _____

**Defense Counsel if known:**   __Ray Buso__            Address: __15 Church Street__
                                                                __Salem, MA 01970__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                    Bar Number if applicable   _____

Interpreter:   ☒ Yes ☐ No            List language and/or dialect:        __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ Warrant Requested       ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**   _____

☒ Already in Federal Custody as   _____  in  _____ .
☐ Already in State Custody   _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by   _____  on  _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  __3/23/05__           Signature of AUSA: _____