JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X     Case No.   04-10299-PBS
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex M   Race: Hispanic   Nationality: Dom. Rep.

**Defense Counsel if known:**   Michael Hickey     **Address:** 15 Church Street
    Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher     Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No     List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CHRISTIAN GERMOSEN

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: MA        Category No. _____    Investigating Agency  DEA/MSP

City   Lynn/Peabody         Related Case Information:

County   Essex              Superseding Ind./ Inf.   X              Case No.   04-10299-PBS
                            Same Defendant    x          New Defendant  _____
                            Magistrate Judge Case Number   04-m-1685-CBS
                            Search Warrant Case Number    04-m-1720 to 1730
                            R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ              Juvenile   ☐ Yes   ☒ No

Alias Name   Juan Eustate

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic   Nationality:  Mexican

Defense Counsel if known:  _____   Address:  _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                  Bar Number if applicable  _____

Interpreter:   ☒ Yes   ☐ No        List language and/or dialect:   Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

   ☐ Warrant Requested      ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date:   FUGITIVE

☐ Already in Federal Custody as  _____  in  _____
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1 count

                Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn/Peabody   **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.   X   Case No.   04-10299-PBS
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ   Juvenile   ☐ Yes   ☒ No

Alias Name   Scarface

Address _____

Birth date (Year only): ___   SSN (last 4 #): ___   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:**   Richard Welsh   Address: 80 Worchester St., Ste 5
                                                        North Grafton MA, 01536
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher   Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **GERARDO VASSUER ORTIZ**

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  PHIL ASARO    Juvenile  ☐ Yes  ☒ No

Alias Name

Address

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Caucasian  Nationality: ____

**Defense Counsel if known:**  Kirk Griffin    **Address:**  50 Standford Street
                                                                Boston, MA 02114
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05    Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X      Case No.  04-10299-PBS
Same Defendant   x         New Defendant  _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI       Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex  M  Race: Hispanic   Nationality: _____

Defense Counsel if known:  Michael Sneider     Address: 95 Commercial Wharf
                                                          Boston, MA 2110
Bar Number:  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher     Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No      List language and/or dialect:  Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date:  _____

☒ Already in Federal Custody as  _____  in  _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  MJ Swartwood   on  May 2004

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   SILVESTRE LIZARDI

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Lynn    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X    Case No. 04-10299 PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number  04-M-1685 CBS
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO    Juvenile:  ☐ Yes   X No

Alias Name _____

Address  286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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    Sex: MALE    Race: White    Nationalit USA

**Defense Counsel if known:** Edward L. Hayden, Esq.    Address  7 Franklin St., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:   ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes   X No

\ Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  Mag. Judge Swartwood  on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

Place of Offense: MA    Category No. _____    Investigating Agency DEA/MSP

City Lynn/Peabody    Related Case Information:

County Essex

Superseding Ind./ Inf. X    Case No. 04-10299-PBS
Same Defendant x    New Defendant _____
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name GIOVANI AVILA    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___ SSN (last 4 #): ___ Sex M Race: Hispanic Nationality: ___

Defense Counsel if known: Michael Natola    Address: 240 Commerical Street, Ste 2B, Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA Neil Gallagher    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by MJ Swartwood on May 2004

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☒ Felony 1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GIOVANI AVILA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__        Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__        Related Case Information:

County __Essex__        Superseding Ind./ Inf. __X__        Case No. __04-10299-PBS__
    Same Defendant __x__        New Defendant _____
    Magistrate Judge Case Number    __04-m-1685-CBS__
    Search Warrant Case Number    __04-m-1720 to 1730__
    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__        Juvenile  ☐ Yes   ☒ No

Alias Name __Cumbia King, Tony__

Address _____

Birth date (Year only): ____    SSN (last 4 #): ____    Sex __M__    Race: __Hispanic__    Nationality: ____

Defense Counsel if known: __Raymond E. Gillespie__    Address: __875 Massachusetts Ave, Ste 32__
                                                                                    __Cambridge, MA 02139__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__        Bar Number if applicable _____

Interpreter:    ☒ Yes   ☐ No        List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __MJ Swartwood__    on __May 2004__

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__        Signature of AUSA: _____