JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **GILBERTO ZAYAS** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      U.S. District Court - District of Massachusetts

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__    Related Case Information:

County __Essex__

Superseding Ind./ Inf. __X__    Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __LUIS E. DEJESUS__    Juvenile ☐ Yes ☒ No

Alias Name __Edgardo__

Address _____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex __M__ Race: __Hispanic__ Nationality: ____

Defense Counsel if known: __John W. Laymon__    Address: __77 Franklin Street, # 3__
__Boston, MA 02110__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as __May 2004__ in __Wyatt__
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment
Total # of Counts: ☐ Petty ☐ Misdemeanor ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS E. DEJESUS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Y&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**      Category No. __II__      Investigating Agency __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf.  __X__      Case No. __04-10299 PBS__
Same Defendant  __X__      New Defendant _____
Magistrate Judge Case Number      __04-M- 1731CBS__
Search Warrant Case Number      __04- M 1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __BENITO GRULLON__      Juvenile:  ☐ Yes  X No

Alias Name  __QUICO__

Address  _____

Birthdate: _____  SS # _____  Sex: __MALE__  Race: __Hispanic__  Nationalit __Dominican__

Defense Counsel if known:  __Ron Ian Segal, Esq..__      Address  __23 Central Ave., Lynn, MA__

Bar Number  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__      Bar Number if applicable  _____

Interpreter:   X Yes   No      List language and/or dialect:  __Spanish__

Matter to be SEALED:     Yes   X  No

      Warrant Requested         X  Regular Process         In Custody

**Location Status:**

Arrest Date   __5/1/04__

X  Already in Federal Custody as of _____ in _____
☐  Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**     ☐ Petty      ☐ Misdemeanor      X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __3/23/05__      Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** MA, CA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn   **Related Case Information:**

**County** Essex   Superseding Ind./ Inf.  x   Case No.  04-10299-PBS
Same Defendant _____   New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MARTIN CERNA GARCIA   Juvenile  ☐ Yes  ☒ No

Alias Name   "Willy"; "Nephew"

Address   11027 Meyers Dr., Cucamnga, CA 91730

Birth date (Year only): 1963   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     MARTIN CERNA GARCIA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x    Case No. 04-10299-PBS
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ROBINSON RUIZ     Juvenile  ☐ Yes  ☒ No

Alias Name  "Metresa"

Address  6 Houston Street, Lynn, MA 01905

Birth date (Year only): 1964  SSN (last 4 #): 6369  Sex M  Race: Hispanic  Nationality: Dom. Republic

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn, MA     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x     Case No. 04-10299-PBS
Same Defendant _____     New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS RAFAEL ROJAS     Juvenile  ☐ Yes  [X] No

Alias Name  "Chelo"; "Ramon"

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race: _____  Nationality: _____

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher     Bar Number if applicable _____

Interpreter:  [x] Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  [x] Yes  ☐ No

[x] Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  [x] Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  [x] Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                                      U.S. District Court - District of Massachusetts

Place of Offense: __MA__         Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__            Related Case Information:

County __Essex__                 Superseding Ind./ Inf.  __X__           Case No. __04-10299-PBS__
                                 Same Defendant _____              New Defendant __X__
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number   _____
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO__       Juvenile  [ ] Yes  [X] No

Alias Name   __"Chaparro"__

Address   __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__  SSN (last 4 #): __0292__  Sex __M__  Race: __Hispanic__  Nationality: __Mexican__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                            Bar Number if applicable _____

Interpreter:   [X] Yes  [ ] No       List language and/or dialect:  __Spanish__

Matter to be SEALED:    [X] Yes   [ ] No

[X] Warrant Requested       [ ] Regular Process       [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint    [ ] Information    [X] Indictment

Total # of Counts:   [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__       Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

Place of Offense: __MA__   Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn, MA__   Related Case Information:

County __Essex__   Superseding Ind./ Inf. __x__   Case No. __04-10299-PBS__
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__   Juvenile ☐ Yes  ☒ No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__  SSN (last 4 #): __7332__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter: ☐ Yes ☐ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   WILLIAM R. HOLMES, a/k/a "Billy"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

Place of Offense: __MA__     Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn, MA__     Related Case Information:

County __Essex__

Superseding Ind./ Inf. __x__     Case No. __04-10299-PBS__
Same Defendant _____     New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GENE A. ANDERSON__     Juvenile [ ] Yes [X] No

Alias Name _____

Address __87 Broad Street #1, Lynn, MA__

Birth date (Year only): __1970__    SSN (last 4 #): __0733__    Sex __M__    Race: _____    Nationality: _____

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

Interpreter: [ ] Yes [ ] No     List language and/or dialect: _____

Matter to be SEALED: [x] Yes [ ] No

[x] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [ ] Complaint [ ] Information [x] Indictment

Total # of Counts: [ ] Petty _____ [ ] Misdemeanor _____ [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   GENE A. ANDERSON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**