ATTORNEY ASSIGNMENT REQUEST

Case & Defendant

Defendant:_Valentin Martinez_____           Number__04-CR-10299-007-
                                                                      PBS_____

Date of Appointment:_May 2, 2005_____          Appointed by:_Saris, D.J._____

Attorney Withdrawn   Ronald Segal_____          Date of Withdrawal__May 2, 2005_____

Reason for Withdrawal___Conflict of Interest_____

Number of Counts_____

Charge(s) and Cite(s)_

1s  21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE - FIVE
KILOGRMS OR MORE OF COCAINE

6s  21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
FIVE KILOGRAMS OF COCAINE 21 USC 841(a)(1)

7s  18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN - POSSESSION OF A FIREARM
IN FURTHERANCE OF A DRUG TRAFICKING CRIME 18 USC 924(c)(1)(A)

Indictment___X_____          Information_____          Probation Revocation_____

Number of Defendants___28_____

Judge Code_0129_____

Special Instructions:_Appointment of CJA counsel.  Defendant is Spanish speaking.

___/s/ Robert C. Alba
Deputy Clerk

Dated_ May 2, 2005

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Martinez Attorney Assignment Form.wpd**

[attyreq.;kattyreq.]