UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 04 10299 PBS

V.

VALENTIN MARTINEZ

MOTION FOR SERVICES OTHER THAN COUNSEL

NOW COMES the accused, Valentin Martinez, by and through counsel, and hereby moves this Court for authorization for an interpreter in this matter.

In support of this Motion, the accused states as follows:

1. The accused stands charged with conspiracy to distribute cocaine.

2. The accused speaks Spanish and the undersigned counsel does not.

3. That an interpreter is needed in order to communicate to the accused and properly prepare for trial in this matter.

4. The accused is indigent and not able to pay for the requested services.

5. The accused is requesting $l,000.00 in order to obtain the services of an interpreter.

6. No Memorandum of Law is necessary.

      WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

                              Respectfully submitted,
                              Valentin Martinez,
                              By his Attorney,

Date:  5/6/05                    S/_____
                              Paul J. Garrity
                              14 Londonderry Road
                              Londonderry, NH 03053
                              (603)434-4l06
                              No. 555976

                            CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 5th day of May, 2005, a copy of the within was e-mailed, to the U.S. Attorney's Office.

                              S/_____
                              Paul J. Garrity