UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                DOCKET NO: 1:04-CR-10299-PBS

VALENTIN MARTINEZ

### NOTICE OF APPEARANCE

Now comes the undersigned, William Keefe, Massachusetts Board of Bar Overseers Registration Number 556817, and respectfully enters his appearance for all purposes on behalf of the defendant in the above-captioned matter.

Respectfully submitted,
**VALENTIN MARTINEZ,**
By his lawyer,

Date

**WILLIAM KEEFE**
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733