UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION |
| v. ) | No. 04-10299-PBS |
| LUZ LUCIANO, ET. AL. ) | |

**MOTION FOR WAIVER OF ELECTRONIC FILING**

NOW comes counsel for the defendant and moves this Honorable Court grant a waiver of electronic filing as to the Defendants' Grullon and Martinez Joint Motion to Dismiss for Violation of Right to Speedy Trial for the following reasons:

1. Counsel is aware of Judge Saris's standing order requiring electronic filing at this date, however, this counsel does not have the ability to comply with ECF at this time.

2. At this time, counsel is making great efforts to update his office computer system and staff to comply with the noticed November 1, 2005 date for mandatory ECF filing in the Massachusetts Federal Courts and expects that as of that date to be compliant with the ECF requirement.

WHEREFORE, counsel pray this Honorable Court grant this Motion for Waiver and further allow paper filing of the Defendant's Joint Motion

RESPECTFULLY SUBMITTED,
On behalf of defendants Grullon and Martinez,

*Ronald Ian Segal*
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, Massachusetts 01901
(781) 599-2800