## **CERTIFICATE OF SERVICE**

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the

within Defendants Martinez, Grullon And Madera's Joint Motion To Dismiss For

Violation Of The Right To Speedy Trial, by mailing same, postage prepaid, to Assistant

United States Attorney Neil Gallagher,  Esquire, One Courthouse Way, Suite 9200,

Boston, Massachusetts 02210, this 3rd day of March,  2005.

RONALD IAN SEGAL