UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Essex County House of Correction.

YOU ARE COMMANDED to have the body of Valentin Martinez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on <u>February 16, 2006</u>, at <u>2:00 p.m.</u> for the purpose of a Final Pretrial Conference in the case of United States of America V. Valentin Martinez, CR Number 04-10299-PBS. And you are to retain the body of said Valentin Martinez while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Valentin Martinez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 9th day of February, 2006.

* D.O.B unknown
  SS# unknown


<u>PATTI B. SARIS</u>
United States District Judge

Sarah Thornton, Clerk


By: <u>/s/ Robert C. Alba</u>
SEAL                     Deputy Clerk