UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )     CRIMINAL ACTION
        v.                      )
                                )     NO. 04-10299-PBS
7.  VALENTIN MARTINEZ           )
                                )
23. LUIS DEJESUS                )
                                )

<u>JOINT MOTION TO CONTINUE TRIAL DATE UNTIL JULY 10, 2006</u>

The United States and the defendants VALENTIN MARTINEZ, by

and through his counsel William Keefe, and LUIS DEJESUS, by and

through his counsel John Laymon, respectfully moves this Court

for a continuance of the February 27, 2006 trial date until July

10, 2006.  In support, the parties submit that both defendants

MARTINEZ and DEJESUS intend to enter pleas of guilty but

additional time is needed to finalize plea agreements with the

government.


                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney


        By:      /s/ Neil J. Gallagher, Jr.
                 Neil J. Gallagher, Jr.
                 Sandra Bower
                 Assistant U.S. Attorneys
                 One Courthouse Way
                 Boston, MA


Date: February 16, 2006

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

<u>/s/ Neil J. Gallagher, Jr.</u>
Neil J. Gallagher, Jr.