UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN -1  P 12: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

DOCKET NO: 1:04-CR-10299-PBS

VALENTIN MARTINEZ

## MOTION TO SEAL

Now comes the undersigned counsel for the defendant and respectively asks that the Court seal the accompanying Motion to Continue Sentencing Hearing.

6/1/06
Allowed /s/ PBSaris

Respectfully submitted,
VALENTIN MARTINEZ,
By his lawyer,

6/1/06
Date

WILLIAM KEEFE
BBO # 556817
406 South Huntington Ave.
Jamaica Plain, MA 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733