UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.  04-10299-PBS

v.

VALENTIN MARTINEZ

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                                   June 28, 2006

      The Sentencing previously scheduled for July 31, 2006, has been **rescheduled** to **August 1, 2006, at 2:00 p.m.**

                              By the Court,

                              /s/ Robert C. Alba
                              Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   04-10299-PBS |
| v. | |
| VALENTIN MARTINEZ | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                             June 28, 2006

The Sentencing previously scheduled for July 31, 2006, has been **rescheduled** to **August 1, 2006, at 2:00 p.m.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc