UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   DOCKET NO: 1:04-CR-10299-PBS

VALENTIN MARTINEZ

NOTICE OF APPEAL

Now comes the undersigned counsel of record for the defendant and respectfully gives notice of the defendant's appeal from the sentence imposed in the above referenced matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Valentin Martinez, |
|  | By his lawyer, |
| 10-03-06 | /s/William Keefe |
| Date | WILLIAM KEEFE |
|  | BBO # 556817 |
|  | 406 South Huntington Ave. |
|  | Jamaica Plain, MA 02130 |
|  | Telephone (617) 983-9200 |
|  | Facsimile (617) 983-0733 |