UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10299

United States of America

v.

Valentin Martinez

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

26-28, 38, 42, 43, 49, 50, 55, 56, 64, 67, 69, 71, 73, 75, 77, 82, 84, 85, 86, 89, 91, 96, 97, 103, 104, 108, 11, 111, 112, 113, 126-129, 141,142, 149, 160, 166, 174,182, 183, 184, 185, 186, 200, 238, 240, 259, 261, 265, 281, 289, 290, 291, 315, 325, 401, 430, 507, 508, 538

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/3/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 8, 2006.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/16/06 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2570

- 3/06