# MANDATE

04-10299
USDC/MA-Bo
Saris, P.

# United States Court of Appeals
## For the First Circuit

No. 06-2570

UNITED STATES

Appellee

v.

VALENTIN MARTINEZ, a/k/a Valentin Rivera, a/k/a V, a/k/a Vale

Defendant - Appellant

---

**JUDGMENT**

Entered: March 16, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/16/07

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Neil J. Gallagher, AUSA, Sandra S. Bower, AUSA, Dina Michael Chaitowitz, AUSA, William H. Keefe, Esq., Valentin Martinez]