AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Valentin Martinez

**APPEARANCE**

Case Number: 04-CR-10299-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Valentin Martinez

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☑ Retained
☐ Pro Bono

2/8/2008
Date

_____
Signature

Alan D. Chipman                                552137
Print Name                                    Bar Number

152 The Lynnway
Address

Lynn              MA              01902
City              State           Zip Code

(781) 581-1300                    (781) 581-1719
Phone Number                      Fax Number