AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| V. | |
| Valentin Martinez | Case Number: 04-CR-10299-PBS |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Valentin Martinez

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☑ Retained
- ☐ Pro Bono

| 2/8/2008 | /s/ Alan D. Chipman | |
|---|---|---|
| Date | Signature | |
| | Alan D. Chipman | 552137 |
| | Print Name | Bar Number |
| | 152 The Lynnway | |
| | Address | |
| | Lynn | MA | 01902 |
| | City | State | Zip Code |
| | (781) 581-1300 | (781) 581-1719 |
| | Phone Number | Fax Number |